IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERMAIN D. LEWIS                                                                                           PLAINTIFF

v.                                              Civil No.4:17-cv-04053

SHERIFF BOBBY WALRAVEN,
Little River County, Arkansas; DEPUTY
TIMOTHY GARNER; and
LITTLE RIVER MEMORIAL HOSPITAL                                                        DEFENDANTS

## ORDER

Before the Court is a Motion to File Documents Under Seal filed by Defendant Little River Memorial Hospital. (ECF No. 44). Defendant Little River Memorial Hospital states that it intends to file a motion for summary judgment, a brief in support of the motion, a statement of undisputed facts, and exhibits containing the medical records of Plaintiff. Defendant requests that all of these documents be filed under seal because the documents contain confidential and protected health information regarding the medical care and treatment of Plaintiff. However, Plaintiff's Complaint alleges he was denied adequate medical care by Defendant Little River Memorial Hospital. Consequently, Plaintiff has put his medical condition and treatment at issue in this lawsuit.

Accordingly, Defendant's Motion to File Documents Under Seal (ECF No. 44) is granted in part and denied in part. Defendant's Motion is GRANTED as to the exhibits containing Plaintiff's actual medical records. Defendant's Motion is DENIED as to the motion for summary judgment, brief in support thereof, and the undisputed statement of facts.

**IT IS SO ORDERED this 11th day of April 2018.**

                                            /s/ Barry A. Bryant_____
                                            HON. BARRY A. BRYANT
                                            UNITED STATES MAGISTRATE JUDGE